

# IN THE
# TENTH COURT OF APPEALS

## No. 10-07-00109-CR

**ALFRED WINDON SCOTT,**

                                                                          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                          **Appellee**

From the 361st District Court
Brazos County, Texas
Trial Court No. 06-01712-CRF-361

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).

We have not issued a decision in this appeal, and Appellant personally signed the

motion.  Accordingly, the appeal is dismissed.


                                              REX D. DAVIS
                                              Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed March 4, 2009
[CR25]